**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Georgia__
(State)

Case number (*If known*): _____ Chapter ____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   The Mulberry Group, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   5 8 – 2 3 8 5 0 6 4

4. **Debtor's address**

   **Principal place of business**

   2501 Dicks Creek Road
   Number    Street

   Clarkesville, GA 30523

   City    State    ZIP Code

   Rabun
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   1690-1694 Chantilly Drive
   Number    Street

   Brookhaven, GA 30824
   City    State    ZIP Code

5. **Debtor's website (URL)**

   None

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **The Mulberry Group, LLC**          Case number (if known) _____
    Name

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
        5  3  1  1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply*:

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When _____ Case number _____
                                             MM / DD / YYYY
             District _____ When _____ Case number _____
                                             MM / DD / YYYY

Debtor  **The Mulberry Group, LLC**    Case number (if known) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____ Relationship _____
District _____ When ___/___/_____
                                                                 MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    Where is the property? _____
                                  Number      Street

    _____
    City                                State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 3

Debtor  **The Mulberry Group, LLC**
Name

Case number (if known) _____

15. Estimated assets
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

16. Estimated liabilities
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/13/2025
             MM  / DD  / YYYY

✗ /s/ _____
Signature of authorized representative of debtor

S. Roger Cahoon
Printed name

Title  **Managing Member**

18. **Signature of attorney**

✗  /s/ John A. Christy
Signature of attorney for debtor

Date  04/13/2025
      MM  / DD  / YYYY

John A. Christy
Printed name

Schreeder, Wheeler & Flint, LLP
Firm name

1100 Peachtree Street, Suite 800
Number    Street

Atlanta                            GA          30309
City                               State       ZIP Code

(404) 954-9819                     jchristy@swfllp.com
Contact phone                      Email address

125518                             Georgia
Bar number                         State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

## UNANIMOUS CONSENT OF MANAGERS

The undersigned being all of the Members of The Mulberry Group, LLC, a Georgia limited liability company (the "**Company**") does hereby waive notice of meeting and adopt the following resolutions by unanimous written consent:

RESOLVED, the Company is hereby authorized to file a petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Georgia, by and through the Manager of the Company, Roger Cahoon, and is authorized to execute, deliver and file the petition and such other documents as are required in order to commence and prosecute the reorganization case;

FURTHER RESOLVED, that the Manager of the Company, Roger Cahoon, is hereby authorized, in his sole discretion and without further consents, to execute and deliver any and all documents of any kind or nature, including but not limited to: the petition, declarations, verifications, resolutions, statement of financial affairs, disclosure statements, disclosures, plans of reorganization, and amendments, or modifications of the aforesaid documents or other documents which may be necessary, convenient or related to the filing of said bankruptcy action and the prosecution of a bankruptcy case.

FURTHER RESOLVED, that Company is authorized to retain the law firm of Schreeder, Wheeler & Flint, LLP to represent it in advising it on financial restructuring and insolvency matters and to represent it in a Chapter 11 bankruptcy case at is standard hourly rates, and to pay Schreeder, Wheeler & Flint, LLP a cash retainer payable prior to filing the petition. The Company, by and through its Manager, is authorized to execute and deliver any engagement letter or other instruments and documents as may be required to consummate the engagement.

This Written Consent may be executed in on or more counterparts, each of which such counterparts when so executed shall be deemed an original and all of which taken together shall constitute but one and the same instrument, and copies (facsimile or otherwise) of signatures to this Written Consent will be deemed to be originals and may be relief upon to the same extent as the originals.

Dated this \_\_09\_\_ day of April, 2025.

_____
Roger Cahoon

_____
Mavis Cahoon

_____
Don Pair

# UNANIMOUS CONSENT OF MANAGERS

The undersigned being all of the Members of The Mulberry Group, LLC, a Georgia limited liability company (the "**Company**") does hereby waive notice of meeting and adopt the following resolutions by unanimous written consent:

RESOLVED, the Company is hereby authorized to file a petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Georgia, by and through the Manager of the Company, Roger Cahoon, and is authorized to execute, deliver and file the petition and such other documents as are required in order to commence and prosecute the reorganization case;

FURTHER RESOLVED, that the Manager of the Company, Roger Cahoon, is hereby authorized, in his sole discretion and without further consents, to execute and deliver any and all documents of any kind or nature, including but not limited to: the petition, declarations, verifications, resolutions, statement of financial affairs, disclosure statements, disclosures, plans of reorganization, and amendments, or modifications of the aforesaid documents or other documents which may be necessary, convenient or related to the filing of said bankruptcy action and the prosecution of a bankruptcy case.

FURTHER RESOLVED, that Company is authorized to retain the law firm of Schreeder, Wheeler & Flint, LLP to represent it in advising it on financial restructuring and insolvency matters and to represent it in a Chapter 11 bankruptcy case at is standard hourly rates, and to pay Schreeder, Wheeler & Flint, LLP a cash retainer payable prior to filing the petition. The Company, by and through its Manager, is authorized to execute and deliver any engagement letter or other instruments and documents as may be required to consummate the engagement.

This Written Consent may be executed in on or more counterparts, each of which such counterparts when so executed shall be deemed an original and all of which taken together shall constitute but one and the same instrument, and copies (facsimile or otherwise) of signatures to this Written Consent will be deemed to be originals and may be relief upon to the same extent as the originals.

Dated this ___9___ day of April, 2025.

_____
Roger Cahoon

_____
Mavis Cahoon

_____
Don Pair